# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| **JOHN ORLANDO WALKER** | * | **CIVIL ACTION NO. 17-1238** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **TRINITY RIVER ENERGY, LLP** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the instant complaint is hereby DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the pending motion to dismiss [Doc. No. 16] is DENIED AS MOOT for lack of jurisdiction.

MONROE, LOUISIANA, this 9th day of April, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE